```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07224
    EUGENE BRYANT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-4467


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/26/2008 and was not confirmed.

     The case was dismissed without confirmation 08/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------

CAPITAL ONE                 UNSECURED          391.08           .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED         3856.88           .00           .00
AMERICAN GENERAL FIN        UNSECURED        NOT FILED          .00           .00
AMER GEN FIN                UNSECURED        NOT FILED          .00           .00
AMER GEN FIN                UNSECURED        NOT FILED          .00           .00
AMER GEN FIN                UNSECURED        NOT FILED          .00           .00
ARONSON FURNITURE           UNSECURED        NOT FILED          .00           .00
ARONSON FURNITURE           UNSECURED        NOT FILED          .00           .00
ARONSON FURNITURE           UNSECURED        NOT FILED          .00           .00
BALLYS TOTAL FITNESS        UNSECURED        NOT FILED          .00           .00
BALLYS TOTAL FITNESS        UNSECURED        NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT    UNSECURED        NOT FILED          .00           .00
EMC MORTGAGE                UNSECURED        NOT FILED          .00           .00
GMAC                        UNSECURED        25134.11           .00           .00
PEOPLES GAS                 UNSECURED        NOT FILED          .00           .00
PEOPLES GAS                 UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED          .00           .00
HSBC NV                     UNSECURED        NOT FILED          .00           .00
KMA FINANCIAL               UNSECURED        NOT FILED          .00           .00
LEASE FINANCE GROUP         UNSECURED        NOT FILED          .00           .00
LEASE FINANCE GROUP         UNSECURED        NOT FILED          .00           .00
LITTON LOAN SERVICING       UNSECURED        NOT FILED          .00           .00
TCF BANK                    UNSECURED        NOT FILED          .00           .00
U HAUL INT                  UNSECURED        NOT FILED          .00           .00
NEW CENTURY MORTGAGE COR    UNSECURED        NOT FILED          .00           .00
OCWEN FEDERAL BANK          UNSECURED        NOT FILED          .00           .00
OPTION ONE MORTGAGE         UNSECURED        NOT FILED          .00           .00
OPTION ONE MORTGAGE CO      TRUSTEE          NOT FILED          .00           .00
OPTION ONE MORTGAGE CO      UNSECURED        NOT FILED          .00           .00
PROVIDENT CFS               UNSECURED        NOT FILED          .00           .00
TCF BANK                    UNSECURED        NOT FILED          .00           .00
PROVIDIAN FINANCIAL         UNSECURED        NOT FILED          .00           .00
PROVIDIAN FINANCIAL         UNSECURED        NOT FILED          .00           .00
SHORE BANK                  UNSECURED        NOT FILED          .00           .00
BUREAUS                     UNSECURED        NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 07224 EUGENE BRYANT
```

```
THE DIAMOND CENTER          UNSECURED       NOT FILED              .00           .00
TRIAD FINANCIAL CORP        UNSECURED       NOT FILED              .00           .00
T MOBILE                    UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL FA        UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL FA        UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL FA        UNSECURED       NOT FILED              .00           .00
AT & T                      UNSECURED       NOT FILED              .00           .00
BRYANTS FURNITURE           NOTICE ONLY     NOT FILED              .00           .00
EDDIE & ELAINE OWNES        NOTICE ONLY     NOT FILED              .00           .00
GLORIA IVORY                UNSECURED       NOT FILED              .00           .00
IBRIHAM AL SHEIK            NOTICE ONLY     NOT FILED              .00           .00
JIMMIE MOON                 NOTICE ONLY     NOT FILED              .00           .00
LAVANDIS BROWN              NOTICE ONLY     NOT FILED              .00           .00
ROMEAL ALLEN                NOTICE ONLY     NOT FILED              .00           .00
ROSE WOOLFORK               NOTICE ONLY     NOT FILED              .00           .00
SHANTON HAWKINS             NOTICE ONLY     NOT FILED              .00           .00
BYRON WASHINGTON            NOTICE ONLY     NOT FILED              .00           .00
AMER GEN FIN                SECURED VEHIC    7187.00               .00        976.08
DEPT OF WATER               SECURED           700.00               .00           .00
DEPT OF WATER               SECURED           620.00               .00           .00
LITTON LOAN SERVICING       CURRENT MORTG        .00               .00           .00
LITTON LOAN SERVICING       MORTGAGE ARRE        .00               .00           .00
LITTON LOAN SERVICING       UNSECURED       NOT FILED              .00           .00
LITTON LOAN SERVICING       CURRENT MORTG        .00               .00           .00
LITTON LOAN SERVICING       MORTGAGE ARRE        .00               .00           .00
LITTON LOAN SERVICING       UNSECURED       NOT FILED              .00           .00
SHOREBANK                   CURRENT MORTG        .00               .00           .00
SHOREBANK                   MORTGAGE ARRE    4491.46               .00           .00
SHORE BANK                  CURRENT MORTG        .00               .00           .00
SHORE BANK                  SECURED NOT I        .00               .00           .00
WASHINGTON MUTUAL           CURRENT MORTG        .00               .00           .00
WASHINGTON MUTUAL           SECURED NOT I        .00               .00           .00
WASHINGTON MUTUAL           UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL MORTGA    CURRENT MORTG        .00               .00           .00
WASHINGTON MUTUAL MORTGA    SECURED NOT I        .00               .00           .00
WASHINGTON MUTUAL MORTGA    UNSECURED       NOT FILED              .00           .00
GMAC                        SECURED NOT I        .00               .00           .00
ALVIN MARTIN                UNSECURED       27906.83               .00           .00
BANK OF AMERICA             UNSECURED       NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED              .00           .00
SELECT PORTFOLIO SERVICI    UNSECURED       NOT FILED              .00           .00
SHORE BANK                  UNSECURED       NOT FILED              .00           .00
SHORE BANK                  UNSECURED       NOT FILED              .00           .00
SHORE BANK                  UNSECURED       NOT FILED              .00           .00
SHORE BANK                  UNSECURED       NOT FILED              .00           .00
SHOREBANK                   NOTICE ONLY     NOT FILED              .00           .00
GLENDA J GRAY               DEBTOR ATTY      2,800.00                       1,180.73
TOM VAUGHN                  TRUSTEE                                            176.49

                        PAGE  2 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 07224 EUGENE BRYANT
```

```
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    2,333.30

PRIORITY                                                .00
SECURED                                              976.08
UNSECURED                                               .00
ADMINISTRATIVE                                     1,180.73
TRUSTEE COMPENSATION                                 176.49
DEBTOR REFUND                                           .00
                         ---------------    ---------------
TOTALS                     2,333.30            2,333.30
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   3
         CASE NO. 08 B 07224 EUGENE BRYANT